Certificate Number: 01401-NYE-CC-028664022



01401-NYE-CC-028664022

# CERTIFICATE OF COUNSELING

I CERTIFY that on January 24, 2017, at 3:27 o'clock PM EST, Vincent S Cucuzza received from GreenPath, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Eastern District of New York, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by telephone.

Date:    January 24, 2017          By:     /s/Jeremy Lark for Guadalupe Calzada

                                   Name:   Guadalupe Calzada

                                   Title:  Credit Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).